**357 FISHEL vs. CIRCUIT JUDGE (Grand Traverse), No. 13275, 97 M., 609.**

To vacate an order made in a pending chancery suit, ordering an election of officers of the Hebrew Congregation Bethel, of Traverse City, to be held in the synagogue of said congregation.

Denied February 1, 1893, with costs, on the ground that it appeared from the return that the order complained of was a consent order.

**358 DENNIS vs. CIRCUIT JUDGE (Kent), 42 M., 249.**

To vacate an order directing a special administrator to pay into court money withdrawn therefrom by his predecessor, under an order improvidently granted.

Denied November 2, 1879.